IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIRNELL WILLIAMS,

    Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS,
WARDEN HODGE and INTEL LOY,

    Defendants.

Case No. 13-cv-392-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Tirnell Williams' motion to accept $14.00 as full payment of his initial partial filing fee (Doc. 59) and on the defendants' proposed plan to address Williams' safety.

Williams' motion (Doc. 59) is **MOOT**. The Court received the entire amount of his initial partial filing fee on February 24, 2014. He shall continue to pay the remainder of the filing fee in accordance with the Court's May 3, 2013, order (Doc. 8).

Pursuant to the Court's order at the February 13, 2014, status conference, the defendants have submitted a proposed plan to address Williams' safety from his enemies in prison. The plan was sent to the Court's proposed documents e-mail box, although it was not filed. The certificate of service indicates it was also sent to Williams by regular mail. The Court **ORDERS** that Williams shall have up to and including April 11, 2014, to respond to the proposed plan. The Court notes that if Williams is in agreement with the plan, a prompt response may expedite the Court's consideration of the proposed plan and, if approved, the plan's implementation.

**IT IS SO ORDERED.**
**DATED: March 7, 2014**

                                                s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**